IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KARINA KONIZ,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **SOLOMON ORGANIZATION, LLC,** | : | |
| Defendant. | : | NO. 12-6138 |

## O R D E R

    **AND NOW, TO WIT:** This 16th day of May, 2013, it having been reported that the issues between parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.  The Court intends to retain jurisdiction for ninety (90) days from now, and any settlement agreement is approved and made a part of the record and this Order for enforcement purposes.


                      **MICHAEL E. KUNZ**, Clerk of Court


                    **BY:**  /s/ Patricia A. Cardella
                           Patricia A. Cardella, Deputy Clerk to
                           Judge Lawrence F. Stengel