Brett M. Anders (*pro hac vice*)
Andrew D. La Fiura
**JACKSON LEWIS LLP**
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA  19102
Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KARINA KONIZ,<br><br>  Plaintiff,<br><br>  v.<br><br>SOLOMON ORGANIZATION, LLC<br><br>  Defendant. | Civil Action No.: 2:12-CV-06138-LS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff and Defendant, through their

undersigned counsel, that Plaintiff's action against Defendant is dismissed in its entirety with

prejudice and without costs or attorneys' fees.


WEINSTEIN LAW FIRM, LLC
One Northbrook Corporate Center
1210 Northbrook Drive, Suite 280
Trevose, PA 19053
(215) 953-5200

JACKSON LEWIS LLP
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
(267) 319-7802


By: _____
Marc Weinstein
**WEINSTEIN LAW FIRM, LLC**
Attorneys for Plaintiff

By: _____
Brett M. Anders
Andrew D. La Fiura
**JACKSON LEWIS LLP**
Attorneys for Defendant


Dated: 5/31/13

Dated: 5/29/13